| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  SPARKS, SAM | 2. Court or Organization  DISTRICT COURTS--Texas Western | 3. Date of Report  05/12/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  ACTIVE ARTICLE III JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005  to  12/31/2005 |
| 7. Chambers or Office Address  United States Courthouse 200 West Eighth St., Suite 100 Austin, Texas 78701-2333 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/12/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Association of Defense Trial Attorneys | April 6-9, Galveston, Texas--speaker at national convention (transportation, hotel, meals). |
| 2. Colorado Bar Association | April 27-28, Denver, Colorado--speaker at Rocky Mountain IP Institute (transportation, hotel, meals). |
| 3. IP Section, State Bar of Texas | June 24, Dallas, Texas--speaker at annual meeting (transportation). |
| 4. State Bar of Texas | September 28, Dallas, Texas--speaker at SBOT Advanced Civil Trial Course (transportation). |
| 5. Dallas Bar Association | November 1, Dallas, Texas--speaker at DBA Appellate Section (transportation, meal). |
| 6. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. University of Texas at Austin | 10-06-06, Dallas, TX-- 2 tickets to football game (v. Oklahom). No travel expense. | $ 170.00 |
| 2. University of Texas at Austin | 10-15-06, Austin, TX--two tickets to football game (v. Colorado) | $ 110.00 |
| 3. University of Texas at Austin | 11-12-06, Austin, TX--two tickets to football came (v. Kansas) | $ 110.00 |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Condominium (15%)█████ | | None | K | T | Buy 5% | 04-12 | K | | █████ |
| 2. | | | | | | | | | |
| 3. CASH ACCOUNTS: | | | | | | | | | |
| 4. American Bank of Commerce | B | Interest | M | T | | | | | |
| 5. Chase Bank of Texas Accounts | C | Interest | M | T | | | | | |
| 6. Dain Rauscher account (Tarmack Investment FDS) | C | Dividend | N | T | | | | | |
| 7. | | | | | | | | | |
| 8. STOCKS: | | | | | | | | | |
| 9. Forest Oil Corp. | | | | | Sold | 03-04 | N | F | Market |
| 10. Hilton Hotels Corp. | A | Dividend | K | T | | | | | |
| 11. Kirby Corp. | | None | O | T | Sold | 11-17 | M | | Market |
| 12. Occidental Petroleum | A | Dividend | J | T | | | | | |
| 13. | | | | | | | | | |
| 14. BONDS: | | | | | | | | | |
| 15. Allen TX ISD GO | B | Interest | K | T | | | | | |
| 16. Allen TX ISD GO | A | Interest | J | T | | | | | |
| 17. Arlington TX ISD | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Austin TX Community College | B | Interest | K | T | | | | | |
| 19. Austin TX Higher Ed Auth | A | Interest | J | T | | | | | |
| 20. Austin Tx Utility Sys | A | Interest | | | Redeemed | 10-03 | J | A | Market |
| 21. Banco Santander PR San Juan PR CD FDIC | B | Interest | | | Buy | 03-04 | L | | Market |
| 22. Banco Santander PR San Juan PR CD FDIC | B | Interest | | | Redeemed | 12-16 | L | A | Market |
| 23. Barbers Hill TX GO | A | Interest | K | T | Buy | 12-14 | K | | Market |
| 24. Baytown Tx GO | B | Interest | K | T | | 06-17 | K | | Market |
| 25. Canadian River Mun. Tx. Rv. | B | Interest | K | T | | | | | |
| 26. Canyon TX ISD GO | A | Interest | K | J | | | | | |
| 27. Carrollton TX GO | A | Interest | K | T | | | | | |
| 28. Cedar Hill TX ISD | A | Interest | J | T | | | | | |
| 29. Cedar Park TX Util Sys | B | Interest | K | T | | | | | |
| 30. Columbia & Brazoria GO | B | Interest | K | T | | | | | |
| 31. Columbia & Brazoria Co. GO | B | Interest | K | T | | | | | |
| 32. Comal TX ISD | A | Interest | J | T | | | | | |
| 33. Collin Co. TX GO | B | Interest | K | T | | | | | |
| 34. Crowley TX ISD GO | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Crowley TX ISO GO | A | Interest | K | T | | | | | |
| 36. Denton Tx Elec Rev | A | Interest | J | T | | | | | |
| 37. Dickinson TX ISD GO | B | Interest | K | T | | | | | |
| 38. El Paso Tx New Pub | A | Interest | J | T | | | | | |
| 39. Forney TX ISD GO | A | Interest | J | T | | | | | |
| 40. Ft. Bend TX ISD | B | Interest | | | Redeemed | 02-15 | K | A | Market |
| 41. Ft. Worth TX ISD | | None | K | T | | | | | |
| 42. Ft. Worth TX ISD GO | A | Interest | K | T | | | | | |
| 43. Frisco Tx ISD GO | A | Interest | K | T | | | | | |
| 44. Grand Prairie ISD GO | B | Interest | K | T | | | | | |
| 45. Grapevine TX GO | A | Interest | J | T | | | | | |
| 46. Grapevine TX Wtr Swr | A | Interest | J | T | | | | | |
| 47. Harlandale TX ISD GO | A | Interest | J | T | | | | | |
| 48. Highland Park TX ISD | A | Interest | J | T | | | | | |
| 49. Houston Tx Wtr Sys | B | Interest | K | T | | | | | |
| 50. Houston Tx Wtr Sys | A | Interest | | | Redeemed | 12-01 | J | A | Market |
| 51. Huntsville TX Ind GO | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Hurst-Euless-Bedford TX | A | Interest | K | T | | | | | |
| 53. Independent Bkrs Bk Springfield IL CD FDIC | B | Interest | | | Buy | 02-04 | L | | Market |
| 54. Independent Bkrs Bk Springfield IL CD FDIC | B | Interest | | | Redeemed | 12-12 | L | A | Market |
| 55. Irving TX Wtr Wk Swr | A | Interest | K | T | | | | | |
| 56. Judson TX ISD | A | Interest | J | T | | | | | |
| 57. Katy TX ISD | A | Interest | K | T | | | | | |
| 58. Katy TX ISD GO | A | Interest | J | T | | | | | |
| 59. Leander TX ISD GO | A | Interest | J | T | | | | | |
| 60. Leander TX ISD GO | A | Interest | K | T | Buy | 12-14 | K | | Market |
| 61. Lewisville TX ISD | A | Interest | K | T | | | | | |
| 62. Lubbock TX GO | A | Interest | K | T | | | | | |
| 63. Mercantile Bk West MI Grand Rapids MI CD FDIC | A | Interest | | | Buy | 02-08 | K | | Market |
| 64. Mercantile Bk West MI Grand Rapids MI CD FDIC | A | Interest | | | Redeemed | 12-16 | K | A | Market |
| 65. North East TX ISD GO | A | Interest | K | T | | | | | |
| 66. Pearland TX ISD GO | A | Interest | K | T | Buy | 12-14 | K | | Market |
| 67. Pflugerville TX GO | A | Interest | K | T | | | | | |
| 68. Plano TX GO | A | Interest | K | T | Buy | 12-14 | K | | Market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pleasant Grove ISD | A | Interest | | | Redeemed | 09-15 | K | A | Market |
| 70. Prosper TX ISD GO | A | Interest | K | T | | | | | |
| 71. Round Rock Tx | A | Interest | J | T | | | | | |
| 72. Sam Rayburn TX Mun Pwr | A | Interest | J | T | | | | | |
| 73. San Angelo TX GO | A | Interest | K | T | | | | | |
| 74. San Antonio Tx Elec. & Gas | A | Interest | | | Redeemed | 02-01 | J | A | Market |
| 75. San Marcos TX GO | B | Interest | K | T | | | | | |
| 76. Sealy TX ISD GO | A | Interest | K | T | | | | | |
| 77. Seguin TX GO | B | Interest | K | T | | | | | |
| 78. Southlake TX GO | A | Interest | K | T | | | | | |
| 79. Spring TX ISD GO | A | Interest | J | T | | | | | |
| 80. Tx St Pub Fin Auth | | None | J | T | | | | | |
| 81. Travis Co TX GO | A | Interest | J | T | | | | | |
| 82. Travis Co. TX | A | Interest | J | T | | | | | |
| 83. Washington State G.O. | | None | J | T | | | | | |
| 84. Waxahachie TX ISD | | None | J | T | | | | | |
| 85. Westernbank Puerto Rico Mayaguez PR CD FDIC | B | Interest | | | Buy | 02-16 | L | | Market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Westernbank Puerto Rico Mayaguez PR CD FDIC | B | Interest | | | Redeemed | 11-25 | L | A | Market |
| 87. Weatherford TX Util. Sys. | B | Interest | K | T | | | | | |
| 88. Whitehouse TX ISD GO Rev | A | Interest | K | T | | | | | |
| 89. Willis ISD | | None | J | T | | | | | |
| 90. Willis TX ISD GO | B | Interest | K | T | | | | | |
| 91. Willis TX ISD GO | A | Interest | J | T | | | | | |
| 92. UT Austin Rev. | B | Interest | K | T | | | | | |
| 93. UT Austin Rev. | B | Interest | K | T | | | | | |
| 94. Upper Trinity Reg. Auth. | A | Interest | K | T | | | | | |
| 95. | | | | | | | | | |
| 96. DAIN, RAUSCHER IRA: | | | | | | | | | |
| 97. American Balance | C | Dividend | M | T | | | | | |
| 98. Bristol Myers Squibb Co. | A | Dividend | K | T | | | | | |
| 99. Chevron-Texaco Corp. | D | Dividend | M | T | | | | | |
| 100. E Trade Group | | None | L | T | | | | | |
| 101. Gov't Nat'l MTG Assn. II Pool 3663 | A | Interest | K | T | Buy | 02-04 | K | | Market |
| 102. Gov't Nat'l MTG Assn. II Pool 622080 | A | Interest | K | T | Buy | 02-18 | K | | Market |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ ·NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Gov't Nat'l MTG Assn. II Pool 3700 | A | Interest | K | T | Buy | 04-20 | K | | Market |
| 104. Gov't Nat'l MTG Assn. II Pool 3700 | A | Interest | L | T | Buy | 06-21 | L | | Market |
| 105. Gov't Nat'l MTG Assn. II Pool 3709 | A | Interest | L | T | Buy | 07-25 | L | | Market |
| 106. Gov't Nat'l MTG Assn. II Pool 3772 | A | Interest | L | T | Buy | 11-15 | L | | Market |
| 107. Gov't Nat'l MTG Assn. II Pool 3664 | A | Interest | M | T | Buy | 10-31 | M | | Market |
| 108. Gov't Nat'l MTG Assn. II Pool 3747 | A | Interest | M | T | Buy | 12-14 | M | | Market |
| 109. Tamarack Investment FDS | A | Interest | J | T | | | | | |
| 110. Earthlink | | None | J | T | | | | | |
| 111. Friede Goldman Halter | | None | J | T | | | | | |
| 112. Genitope Corp. | | None | J | T | | | | | |
| 113. Govt Nalt MTG Assn II Pool #1 (Reassigned Pool 579546) | A | Interest | J | T | | | | | |
| 114. Govt Nalt MTG Assn II Pool #2 (Reassigned Pool 3228) | A | Interest | J | T | | | | | |
| 115. Govt Nalt MTG Assn II Pool #3 (Reassigned Pool 3542) | B | Interest | K | T | | | | | |
| 116. Govt Nalt MTG Assn II Pool #4 (Reassigned Pool 3554) | B | Interest | K | T | | | | | |
| 117. Govt Nalt MTG Assn II Pool #5 (Reassigned Pool 3556) | E | Interest | N | T | | | | | |
| 118. Govt Nalt MTG Assn II Pool #6 (Reassigned Pool 003595) | A | Interest | M | T | | | | | |
| 119. Halliburton | D | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Hilton Hotels Corp. | A | Dividend | K | T | | | | | |
| 121. Kirby Corp | | | | | Sold | 11-03 | N | G | Market |
| 122. MDU Resources Gp. Inc. | A | Dividend | | | Sold | 06-21 | K | C | Market |
| 123. Perot Sys Corp CDT | | None | J | T | | | | | |
| 124. Smallcap World Fd Inc. | B | Dividend | M | T | | | | | |
| 125. Steris Corp. | | None | K | T | | | | | |
| 126. Trinity Industries Inc. | A | Dividend | | | Sold | 12-14 | L | D | Market |
| 127. Spanish Broadcasting, Inc. | | None | J | T | | | | | |
| 128. | | | | | | | | | |
| 129. MISCELLANEOUS: | | | | | | | | | |
| 130. LRF Limited Pship | A | Royalty | J | W | | | | | |
| 131. | | | | | | | | | |
| 132. ▓▓▓▓▓ SEPARATE PROPERTY | | | | | | | | | |
| 133. EDWARD JONES -- | | | | | | | | | |
| 134. Capital Income Builder Fund | B | Dividend | L | T | | | | | |
| 135. Goldman Sachs Cap-A | | None | J | T | | | | | |
| 136. Growth Fund of Am. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Tax Exempt Bond Fd of Am | B | Interest | K | T | | | | | |
| 138. Van Kampen Comstock | | None | J | T | | | | | |
| 139. BENIFICIARY-CB&T Trustee IRA of ▮▮▮▮▮▮▮▮ | C | Distribution | | | | | | | |
| 140. American Mutual Fund Inc | A | Dividend | K | T | | | | | |
| 141. Bond Fund of American Inc | A | Dividend | K | T | | | | | |
| 142. Capital World Growth | A | Dividend | K | T | | | | | |
| 143. IRA-Edward Jones Custodian ▮▮▮▮▮▮ | | | | | | | | | |
| 144. Hartford Cap. Appreciation CLA | A | Dividend | J | T | | | | | |
| 145. Hartford Global Leaders CLA | A | Dividend | J | T | | | | | |
| 146. Hartford Stock Fund CLA | A | Dividend | J | T | | | | | |
| 147. Annuity-Sunamerican Life Insurance Polaris Variable Annuity | A | Dividend | K | T | | | | | |
| 148. Property - DeBaca Co, New Mexico | | None | J | W | | | | | |
| 149. Property - Brewster Co, TX | | None | J | W | | | | | |
| 150. Royalty Interest - Upton Co, TX | A | Royalty | J | W | | | | | |
| 151. Royalty Interest - Palo Pinto Co, TX | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/12/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date *May 12, 2006*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544